**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN A. CARRILLO,<br>Plaintiff,<br>v.<br>D. VANG,<br>Defendant. | No. 2:26-cv-0683-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a first amended complaint. ECF No. 10. While Plaintiff's motion appears to be incomplete in that he has not stated a basis for granting an extension of time, the Court will nonetheless grant Plaintiff a one-time extension of time despite a lack of explanation. Further extensions of time will not be granted except upon a showing of good cause. Plaintiff is again cautioned that failure to file a first amended complaint within the time provided may result in dismissal of the entire action for lack f prosecution and failure to comply with Court rules and orders. See E.D. Cal. L.R. 110.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 10, is granted.

2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated: September 25, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE